**Fill in this information to identify the case:**

Debtor name  Global Retail Enterprises, Inc.

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Case number (if known)  25-00173

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   February 5, 2025          X  _____
                                           Signature of individual signing on behalf of debtor

                                           Kathy Verblaauw
                                           Printed name

                                           President
                                           Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name     Global Retail Enterprises, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Case number (if known)    25-00173

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals      12/15

---

**Part 1:**    **Summary of Assets**

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*....................................................................................................     $ _____ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*..................................................................................................     $ _____ 111,801.98

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*....................................................................................................     $ _____ 111,801.98

---

**Part 2:**    **Summary of Liabilities**

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................     $ _____ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................     $ _____ 605.31

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................     +$ _____ 218,411.95

4. **Total liabilities** ...................................................................................................................
    Lines 2 + 3a + 3b       $ _____ 219,017.26

Case 3:25-bk-00173    Doc 10    Filed 02/05/25    Entered 02/05/25 13:45:41    Desc Main
Document     Page 2 of 37

Debtor name     Global Retail Enterprises, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Case number (if known)    25-00173

☐ Check if this is an
amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | Wells Fargo | Checking | 7629 | $18,714.60 |
| 3.2. | Wells Fargo | Checking | 7645 | $3,364.47 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**                                                                         $22,079.07

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No.   Go to Part 3.
☒ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
| --- | --- | --- |
| 7.1. | Deposit held by OSB Holdings (Lease) | $2,055.00 |
| 7.2. | NES/Piedmont Natural Gas Utilities Deposit | $2,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**

      Add lines 7 through 8. Copy the total to line 81.

$4,055.00

---

Part 3:    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 0.00 | - | 0.00 | = .... | Unknown |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 30,286.22 | - | 0.00 | = .... | $30,286.22 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11a. 90 days old or less: | 1,451.89 | - | 0.00 | = .... | $1,451.89 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 22,756.82 | - | 0.00 | =.... | $22,756.82 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

12.    **Total of Part 3.**

      Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$54,494.93

---

Part 4:    **Investments**

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

Part 5:    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** Pet Supplies Inventory. See Exhibit A for A complete list. | 12/31/2024 | $31,172.98 | Recent cost | $31,172.98 |

22. **Other inventory or supplies**

23. **Total of Part 5.** $31,172.98

    Add lines 19 through 22.   Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>Miscellaneous office furniture. See Exhibit B for the complete list. | $0.00 | N/A | Unknown |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.** $0.00

    Add lines 39 through 42.   Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☒ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.   Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** PocketPets - Brand, Art Work etc. | Unknown | | Unknown |
| Website Domain names through Godaddy accounts: Sugergliderinfo.org; vetspride.com; ASGV.org; sugarbears.com | Unknown | | Unknown |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** Customer mailing list for sugargliderinfo.org - pocket pets (46,111 names); Drip Software - email marketing (61,121 names); customer mailing lists for vetspride.com | Unknown | | Unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☒ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.   Go to Part 12.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

|  | Current value of debtor's interest |
|---|---|

**71.**    **Notes receivable**
Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Breach of Contract claim against Altimaxx                                                                                                Unknown
**Nature of claim**
**Amount requested**                                      $0.00

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.**    **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.                                                    $0.00

**79.**    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,079.07 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $4,055.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $54,494.93 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $31,172.98 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $111,801.98 | + 91b.   $0.00 |

92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92       $111,801.98

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

# EXHIBIT A
# Inventory

# Global Retail Enterprises, Inc
## Inventory Valuation Report
## As of Jan 31, 2025

| Item ID | Item Description | Stocking U/M | Cost Method | Qty on Hand | Item Value |
|---|---|---|---|---|---|
| 00004-100 | 3/4 Chain Green | INCHES | FIFO | 375.00 | 23.67 |
| 0714801 | Poo Tray | EACH | FIFO | 189.00 | 944.88 |
| 09021 | Navy Binding for Trimmer | INCHES | FIFO | 2,160.00 | 21.60 |
| 185-1-220 | 3/4x10-1/4+2-1/2 3.6 Mil Stand | EACH | FIFO | 20.00 | 5.62 |
| 2302B04WHT | 3 oz Spice Jar | EACH | FIFO | 33.00 | 25.78 |
| 2302B08WHT | 6 oz Spice Bottle W Cap | EACH | FIFO | 67.00 | 57.63 |
| 2302B12WHT | 16 oz Bottle | EACH | FIFO | 143.00 | 254.45 |
| 3560B13-BWHT | 8 oz Bottle | EACH | FIFO | 27.00 | 8.41 |
| 410CR | Brush Cap | EACH | FIFO | 221.00 | 75.53 |
| 4699B03-BCLR | 1 oz Clear Glass Bottle | EACH | FIFO | 133.00 | 54.10 |
| 800039 | Bird Mix 25# Box | EACH | FIFO | 379.00 | 85.90 |
| ALCOHOL | 91% Isopropyl | OUNCES | FIFO | 64.00 | 8.41 |
| APPLE VINEGAR | Apple Vinegar | OUNCES | FIFO | 128.00 | 21.95 |
| BALLS - Blue | Blue Wiffle Balls | EACH | FIFO | 77.00 | 26.98 |
| BALLS - White | White Wiffle Balls | EACH | FIFO | 65.00 | 22.76 |
| BALLS - Yellow | Yellow Wiffle Balls | EACH | FIFO | 58.00 | 20.30 |
| BALLS -Red | Red Wiffle Balls | EACH | FIFO | 66.00 | 23.11 |
| BLEACH | Bleach | OUNCES | FIFO | -605.00 | -24.20 |
| C-Clips | C-Clips | EACH | FIFO | 1,220.00 | 48.72 |
| Cage Door Latches | Latches for Cages | | FIFO | 8.00 | 11.44 |
| CHOW | Original Glider Chow | POUND | FIFO | 150.00 | 0.03 |
| CHOW-STRAW | Strawberry Glider Chow | POUND | FIFO | 150.00 | 311.57 |
| Clear Balls | Fillable Balls for PP-HA-TREAT | EACH | FIFO | 94.00 | 40.42 |
| CTSSTYS0303003350BLK | Styrene Black 030" 3'x33.5" | EACH | FIFO | 2,200.00 | 1,842.17 |
| F28620-C | Strawberry Kiwi | | FIFO | 536.00 | 222.60 |
| F28620-D | Apple Cinnamon Flavored Mins | | FIFO | 552.00 | 188.20 |
| Food Bowl | Food Bowl | EACH | FIFO | 91.00 | 39.21 |
| Food Bowl - L | Food Bowl - L | EACH | FIFO | 126.00 | 120.96 |
| Goof Off | Goof Off | OUNCES | FIFO | 256.00 | 95.37 |
| HOG RNG PLIERS | HOG RNG PLIERS | | FIFO | 5.00 | 54.55 |
| I-Home Box | 48x36x4 Box | | FIFO | 74.00 | 857.40 |
| Lanyard Hooks | Lanyard Hooks | EACH | FIFO | 400.00 | 16.06 |
| LBL - Apple | Label - Apple | EACH | FIFO | 1,349.00 | 40.56 |
| LBL - Blueberry | 1x1 Blueberry Label | EACH | FIFO | 52.00 | 14.17 |
| LBL - Chew E Yums | 4x6 Chew E Yums Label | EACH | FIFO | 50.00 | 32.27 |
| LBL - Euca | 1x1 Euca Label | EACH | FIFO | 293.00 | 93.82 |
| LBL - Glid R Chow | 4x6 Glid R Chow Label | EACH | FIFO | 1,620.00 | 214.49 |
| LBL - Glid R Gravy | 4x6 Glid R Gravy Label | EACH | FIFO | 1,764.00 | 229.29 |
| LBL - Glide A Mins | 5x3 Glide A Mins Label | EACH | FIFO | 360.00 | 21.67 |
| LBL - Glide A Mins S | 2x4 Glide A Mins Sam Label | EACH | FIFO | 201.00 | 8.04 |
| LBL - Gran Oh La | 4x6 Gran Oh La Label | EACH | FIFO | 51.00 | 6.06 |
| LBL - Gravy Sample | 3.25x4 Glid R Gravy Sample Lab | EACH | FIFO | 100.00 | 8.06 |
| LBL - HLTH - EZ | 2x4 Hlth EZ Label | EACH | FIFO | 334.00 | 53.60 |
| LBL - Honey | 1x1 Honey Label | EACH | FIFO | 335.00 | 97.17 |
| LBL - Huckleberry | 1x1 Huckleberry Label | EACH | FIFO | 178.00 | 53.69 |
| LBL - Kiwi | 1x1 Kiwi Label | EACH | FIFO | 468.00 | 65.53 |
| LBL - Leaves N Ladde | 4x6 Leaves and Ladders | EACH | FIFO | 308.00 | 27.72 |
| LBL - Mango | 1x1 Mango Label | EACH | FIFO | 986.00 | 214.25 |
| LBL - Nutri Max | 4x6 Nutri Max Label | EACH | FIFO | 34.00 | 21.08 |
| LBL - Od R Gone | 5.75x4.5 Od R Gone Labels | EACH | FIFO | 111.00 | 9.99 |

| Item ID | Item Description | Stocking U/M | Cost Method | Qty on Hand | Item Value |
|---|---|---|---|---|---|
| LBL - Passion Fruit | 1x1 Passion Fruit Label | EACH | FIFO | 119.00 | 35.90 |
| LBL - Peach | 1x1 Peach Label | EACH | FIFO | 907.00 | 191.76 |
| LBL - Pineapple | 1x1 Pineapple Labels | EACH | FIFO | 123.00 | 128.91 |
| LBL - SLF-CIN | 4x6 Sprink L Fresh Cinnamon La | EACH | FIFO | 42.00 | 5.82 |
| LBL - SLF-LAV | 4x6 Sprink L Fresh Lavender | EACH | FIFO | 25.00 | 15.00 |
| LBL - Sprink L Fresh | 4x6 Sprink L Fresh Label | EACH | FIFO | 54.00 | 15.97 |
| LBL - Squeak E Clean | 5x7x4.5 Squeak E Clean Label | EACH | FIFO | 91.00 | 29.15 |
| LBL - Strw/Ban | 1x1 Strawberry Banana Label | EACH | FIFO | 1,379.00 | 399.93 |
| LBL - Yuck E Stuff | 5x75x4.5 Yuck E Stuff Label | EACH | FIFO | 150.00 | 13.50 |
| LBL - Yum E Treats | 4x6 Yum E Treats Label | EACH | FIFO | 193.00 | 85.46 |
| LBL - YUM-E-TUUZ | 5x3 YUM-E-TUUZ Label | EACH | FIFO | 111.00 | 59.91 |
| NN011BA | Ring of Fire | EACH | FIFO | 13.00 | 62.56 |
| NN050CA | Wheel Ladder | EACH | FIFO | 82.00 | 191.04 |
| NN109BA | SEE SAW | EACH | FIFO | 245.00 | 367.50 |
| NN118BA | Teeter Totter | EACH | FIFO | 476.00 | 749.27 |
| NN120BA | Shape Tree | EACH | FIFO | 300.00 | 636.00 |
| NN121BA | Circus Rings | EACH | FIFO | 629.00 | 1,165.05 |
| NN154BA | A Thing | EACH | FIFO | 621.00 | 2,427.51 |
| NN644BA | Plastic Spiral Rope | | FIFO | 259.00 | 525.77 |
| PP-CANAL-RW | Red/White Canal | EACH | FIFO | 27.00 | 274.72 |
| PP-CEC-PNB | Coz-E-Cube: Premium Nesting Bo | EACH | FIFO | 8.00 | 180.39 |
| PP-DIAPER-ASST | Glide R Diaper | EACH | FIFO | 6.00 | 60.00 |
| PP-DIAPER-B | Glide R Diaper | EACH | FIFO | 15.00 | 150.00 |
| PP-DR-B | Blue Dining Room | | FIFO | 10.00 | 74.33 |
| PP-EL-Y-SAMP | Sample EZ-Liners_ for your Sta | EACH | FIFO | 19.00 | 9.07 |
| PP-EZB-WAP-BLU | EZ-Bond_ Walk-a-bout Pouch - B | EACH | FIFO | 12.00 | 84.00 |
| PP-EZB-WAP-CHV | EZ-Bond_ Walk-a-bout Pouch | EACH | FIFO | 2.00 | 14.00 |
| PP-EZB-WAP-DYE | EZ-Bond_ Walk-a-bout Pouch | EACH | FIFO | 5.00 | 35.11 |
| PP-EZB-WAP-ESA | EZ-Bond_ Walk-a-bout Pouch | EACH | FIFO | 31.00 | 217.00 |
| PP-EZB-WAP-FBALL | EZBond Football Pouch | | FIFO | 2.00 | 24.00 |
| PP-EZB-WAP-LWH | EZBond Pouch LanyardWHooks | EACH | FIFO | 69.00 | 65.55 |
| PP-EZM-RIHB | EZ-Move_ Rolling I-Home_ Base | | FIFO | 2.00 | 386.00 |
| PP-EZTII-ANTI | EZ-Trim II_ Automatic Nail Tri | | FIFO | 6,005.00 | 9,910.00 |
| PP-FFC-H | Fabulous Fleece Combo - XMAS | EACH | FIFO | 14.00 | 172.12 |
| PP-FFC-P | Fabulous Fleece Combo - BP | EACH | FIFO | 4.00 | 49.17 |
| PP-FFC-R | Fabulous Fleece Combo - RB | EACH | FIFO | 6.00 | 73.89 |
| PP-GAM-2YR-APP/CIN | TWO Year Supply of Glide-A-Min | EACH | FIFO | 12.00 | 31.68 |
| PP-GAM-2YR-BLUE | TWO Year Supply of Glide-A-Min | EACH | FIFO | 35.00 | 85.18 |
| PP-GAM-SAMP | Glide-A-Min - Sample | EACH | FIFO | 13.00 | 3.89 |

| Item ID | Item Description | Stocking U/M | Cost Method | Qty on Hand | Item Value |
|---|---|---|---|---|---|
| PP-GG-SM | Glide-R-Gravy_ Instant Gourmet | EACH | FIFO | 5.00 | 49.81 |
| PP-GG-SM-SAMP | Sample Glide R Gravy | EACH | FIFO | 11.00 | 17.48 |
| PP-GG-SM-STRW | Glide-R-Gravy_ Instant Gourmet | EACH | FIFO | 5.00 | 57.68 |
| PP-GRC-EUCA | Eucalicious Glide-R-Chow | EACH | FIFO | 5.00 | 13.06 |
| PP-HA-STR-G/R | Starter Tree Green/Red | EACH | FIFO | 1.00 | 14.87 |
| PP-HA-STR-R/G | Starter Tree Red/Green | EACH | FIFO | 6.00 | 89.16 |
| PP-HA-TLT-R/G | Travel Tree Red/Green | EACH | FIFO | 14.00 | 126.83 |
| PP-HA-TLT-RB | Travel Tree Red/Black | EACH | FIFO | 4.00 | 48.34 |
| PP-HA-TREAT-GY | Hide A Treat GY | EACH | FIFO | 2.00 | 35.71 |
| PP-IHUSBR-N | I-Home Ultimate Sugar Bear Res | EACH | FIFO | 2.00 | 628.49 |
| PP-IHUSR-CC-BLK | I-Home Cage Cover - Black | EACH | FIFO | 2.00 | 94.00 |
| PP-IHUSR-CC-BLU | I-Home Cage Cover - Blue | EACH | FIFO | 6.00 | 282.00 |
| PP-IHUSR-CC-XMAS | I-Home Cage Cover - XMAS | EACH | FIFO | 3.00 | 141.00 |
| PP-JLG-CHB | Jung-L-Gym_ Ceramic Heat Bulb | EACH | FIFO | 1.00 | 11.10 |
| PP-JLG-CHD | LF-10 Clamp Lamp | EACH | FIFO | 10.00 | 125.69 |
| PP-JLGP-PSRC | Premium Starter Cage (Black) | EACH | FIFO | 7.00 | 678.08 |
| PP-M-BB | Travel Tower | | FIFO | 9.00 | 23.86 |
| PP-ORG-OE | Od-R-Gone | EACH | FIFO | 19.00 | 49.54 |
| PP-PNP-BERRY | Pick N Peel - Blueberry Pouch | EACH | FIFO | 4.00 | 28.51 |
| PP-PRO | Pick R Outer | | FIFO | 73.00 | 18.37 |
| PP-ROR-EPW | Wheels for Sugar Gliders | EACH | FIFO | 10.00 | 96.09 |
| PP-SC-1# | 1# Storage Container | | FIFO | 5.00 | 9.26 |
| PP-SLF-NG-N | Snug L Fleece Nesting Grass | EACH | FIFO | 1.00 | 2.38 |
| PP-SLF-WTF-MNT-N | Sprinkle Fresh -Basil Mint | EACH | FIFO | 2.00 | 7.93 |
| PP-TLCC-BLK | Travel Cage Cover - Black | EACH | FIFO | 7.00 | 98.00 |
| PP-TLCC-XMAS | Travel Cage Cover - XMAS | EACH | FIFO | 1.00 | 14.00 |
| PP-YES-BTS | Yuck E Stuff Behavioral Traini | EACH | FIFO | 36.00 | 53.58 |
| PP-YUM-EZ-APPLE | Yum-EZ Apple | EACH | FIFO | 1.00 | 1.13 |
| RH-2 | Heat Rock | EACH | FIFO | 11.00 | 92.48 |
| S-1293 | 3x5 Poly Bag | EACH | FIFO | 25.00 | 0.47 |
| S-1294 | 4x6 2Mil Reclosable Bag | EACH | FIFO | 600.00 | 16.52 |
| S-13376 | Cold Packs | EACH | FIFO | 97.00 | 32.92 |
| S-16472 | 10x10 1/2 Insulate Bags | EACH | FIFO | 69.00 | 60.72 |
| S-1695 | 5x7 Polu Bag | EACH | FIFO | 350.00 | 34.82 |
| S-1712 | 6x9 Poly Bag | EACH | FIFO | 800.00 | 75.50 |
| S-22676 | 6x7 2mil Poly Bag | EACH | FIFO | 350.00 | 20.52 |
| S-9908 | 8x11 Insulated Bag | | FIFO | 58.00 | 55.62 |
| SEAM COVERS | SEAM COVERS | EACH | FIFO | 250.00 | 51.93 |
| SG-2KD-P/B | Starter Cage | EACH | FIFO | 18.00 | 1,653.66 |
| VINEGAR | Vinegar for YUCK E STUFF | OUNCES | FIFO | 170.60 | 4.98 |
| VP-SG-CVCG | Complete Veterinary Cage Guide | | FIFO | 50.00 | 402.00 |
| WATER BOTTLE | Water Bottle | EACH | FIFO | 69.00 | 111.57 |
| X356W | Mister | EACH | FIFO | 60.00 | 20.17 |
| | | | | | |
| | | | | | **31,172.98** |
| | | | | | |

# EXHIBIT B
# Inventory of Office Equipment

| QUANTITIY | DESCRIPTION | MEASUREMENTS |
|---|---|---|
| | | |
| 4 | Large 2 drawer filing cabinets (credenzas) | 36" x 23.5" 29.5" |
| 1 | large U shaped desk | 9' x 6' x 30" |
| 1 | 3 drawer unit under desk in office | 28" x 15" 20" |
| 1 | L-Shaped desk  (warehouse) | 66" x 66" x 2' |
| | | |
| | | |
| | Pictures | |
| 1 | Essence of Vision picture | 27 x 22 |
| 1 | The Art of Strategy picture | 33 x 18 |
| 1 | TEAMMATES picture | 26 x 20 |
| 1 | essence of innovation picture | 28 x 22 |
| | | |
| **2** | **4 drawer metal filing cabinets** | |
| 1 | 2 drawer metal filing cabinet - warehouse | |
| 1 | Brother printer - MFC L2700DW | |
| 1 set | ink/toner | |
| 1 | Brother printer - 7320 - warehouse w/toner | |
| 10 | Philips florescent tubes light replacements | |
| | | |
| 1 | Brother sewing machine - PE800 - w/box | |
| | | |
| 3 | Computer monitors | |
| 1 | Computer monitor | |
| 1 pr | speakers | |
| 4 | keyboards | |
| 1 | computer mouse (not bluetooth) | |
| 1 | Computer tower ( Being Cleaned) | |
| | | |
| | | |
| 6 | Plastic 4 shelf unit | 18" x 36" x 55" |
| 3 | Metal 4 shelf | |
| 1 | Metal 5 shelf - chrome | |
| | | |
| 1 | Plastic 3 drawer storage - 2 sm drawers/1 lg | 18" x 16" x 26" |
| | plastic 4 drawer storage - 2 sm/2 lg | |
| 3 | Garbage cans | |
| 1 | 3 drawer plastic unit in bathroom | 21" x 15" 25.5" |
| 20 | 3 lg drawer storage | 19" x 22"x 3' |
| 2 | 10 drawer organizer | 14" x 12" x 40" |
| 1 | Safco metal 36 slot organizer - 4 across/9 down | 3' x 12.5" x 37.5" |
| 1 | Etched custom 8 person conf table | 8' x 4' x 1' |
| 8 | chairs | |
| | | |
| | | |

| | | | |
|---|---|---|---|
| 3 | Uniden Land line wireless phone ( 2 Uniden - 1 V-tech) | | |
| | Various Electronic cords | | |
| **2** | **sm glue guns** | | |
| | | | |
| 1 | Panasonic microwave | | |
| 1 | Mr. Coffee coffee maker | | |
| 1 | GE Refrigerator/Freezer | | |
| | | | |
| | | | |
| 2 | AT&T modum - to return to AT&T | | |
| 1 | Fedex Scale - to be returned to Fedex | | |
| | | | |
| | **OFFICE SUPPLIES** | | |
| | | | |
| | Hanging file folders - letter | | |
| | - legal | | |
| | Various labels | | |
| | security envelopes | | |
| | window envelops | | |
| | manila file folders | | |
| | clasp envelopes. (6x9. 10x13) | | |
| | | | |
| | | | |
| 12 | plastic wall hanging file holders | | |
| | staplers | | |
| | staple removers | | |
| | staples | | |
| | sm paper clips | | |
| | lg paper clips | | |
| | lg binder clips | | |
| | sm binder clips | | |
| | thumbtacks | | |
| | highlighters | | |
| 2 | calculators w/paper tape | | |
| 1 | 2 hole punch | | |
| 1 | 3 hole punch | | |
| 1 | paper cutter board | | |
| 4 | White Boards 4'x3' w/ledge.  2'x3'.  2'x3'w/ledge ( 1 located in warehouse behind door) | | |
| 3 | Power Strips | | |
| | cleaning supplies | | |
| | paper towels | | |
| | toilet paper | | |
| 2 | Broom and dust pan | | |
| | | | |
| | Assorted Plastic Tubes, Rings, S-Hooks | | |
| | | | |

| | | | |
|---|---|---|---|
| | | extension cords | |
| | | | |
| | | AccuCut Grande Mark2 w/2 die forms | |
| | | Uline 100lb x 4 oz Scale - model 10100 | |
| | | Uline 70lb x 4 oz scale - model 870 | |
| | | Hand truck dolly | |
| | | 5 step Safety ladder w/handrails - 300 lb capacity  Model LAD-5-Y | 82" x 18" |
| | 3 | Pake Handling Tool carts | 37" x 33" x 25.5" |
| | 1 | Zebra GK420D Lable printer - brand new | |
| | | Central Machinery - 14" Four speed - woodworking bandsaw | |
| | | Central Machinery - Drill Press | |
| | | Pallet Jack - 4400 Lbs | |
| | | US General Adjustable Height Heavy Duty Workstation | 20" x 18" x 24" |
| | | Foot Pedal Sealer - Model FRT 400 | |
| | | Tooling unit to make poo trays for cage. 18" x 18" x 1" | |
| | 3 | Packing Tape Guns | |
| | 4rolls | Packing Tape | |
| | | | |
| | 1 | HVAC Unit ( Recorded as a leasehold improvement ) | |
| | 100 | 26x20x12 Boxes | |
| | | | |
| | 1 | Dock Plate | |
| | 1 | Step ladder | |
| | | Assorted hand tools | |
| | 4 | Large shrink wrap rolls and 1 tool | |
| | 6 | Mini shrink wrap rolls and  1 tool | |
| | 3 | Racking to the ceiling w/ 3 shelves | |
| | 3 | Racking to the ceiling w/ 2 shelves | |
| | 1 | Racking to the celining w/ 4 shelves | |
| | | | |
| | 161 | 10x8x6 Boxes | |
| | 275 | 9x7x5 Boxes | |
| | 100 | S-22456 - Yellow Envelopes | |
| | | | |
| | 2 | Wyze cameras | |
| | 2 | Push Brooms | |
| | 1 | Straw Broom | |
| | 1 | Cosco 2 Step Step Stool | |
| | | | |
| | 2 | Custom Heavy Duty Work Tables | 96"x48"x37" |
| | 1 | Work Table | 48"x27"x34" |
| | 1 | Work Table | 42"x26.5"x30.5" |
| | 1 | Work Table | 47.5"X22"x25.5" |
| | | | |
| | 4 | Plastic Pallets | |

| | | | |
|---|---|---|---|
| 20 | Wood Pallets | | |
| | | | |
| | Assorted Lumber | | |
| | | | |
| 24 | Studs ( 93"x36.5"x12.5") | | |
| 12 | Studs ( 100"x36.5"x12.5") | | |
| 2 | Studs ( 80.5"x36.5"x12.5") | | |
| 2 | Studs ( 96"x60.5"x12.5") | | |
| 1 | | 66.5"x60.5"x12.5" | |
| 1 | | 12"x36.25"x36.25" | |
| 1 | | 60.5"x36.5"x12.5" | |
| 1 | 32x80 Door with Frame | | |
| | | | |
| 1 | Rolling stand for printer under warehouse desk | | |
| | | | |
| 1 | Double Sized Aviary Cage (Used) | | |
| 1 | Assembled Travel Cage (Used) | | |

Debtor name     Global Retail Enterprises, Inc.

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Case number (if known)   25-00173

☐ Check if this is an
amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Global Retail Enterprises, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Case number (if known)    25-00173

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                           12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $225.14 | $225.14 |
|---|---|---|---|

Internal Revenue Service
Building 1111 Constitution Ave., NW
Washington, DC 20224

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $321.17 | $321.17 |
|---|---|---|---|

Maryland Department of Revenue
7 St. Paul Street
Baltimore, MD 21202

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|

Tennessee Department of Revenue
1301 Riverfront Pkwy Ste 203
Chattanooga, TN 37402

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case 3:25-bk-00173   Doc 10   Filed 02/05/25   Entered 02/05/25 13:45:41   Desc Main
Document      Page 19 of 37

out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,675.53**
---

Altimaxx, Inc.
5377 State Highway N #221
Cottleville, MO 63304

☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$107,436.17**

American Express
P.O. Box 650448
Dallas, TX 75265

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$239.54**

Ann Brust
12912 Chaville
Cypress, TX 77429

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$203.74**

AT&T U-verse
2001 Gallatin Pike
Madison, TN 37115

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,100.00**

Brenda Jones
407 Old Stone Bridge Road
Goodlettsville, TN 37072

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$660.94**

Critter Love LLC
322 FM 2441 S
Beeville, TX 78102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7.04**

Ellen S. Dierenfield, LLC
4736 Gatesburg Drive
St. Louis, MO 63128

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,288.30**

Eye Candy Creative LLC
P.O. Box 218010
Nashville, TN 37221

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,561.80 |
|---|---|---|---|

Federal Express
P.O. Box 660481
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $45.40 |
|---|---|---|---|

FEDEX Trade Networks
P.O. Box 916200
Toronto, ON MSW0E9
Toronto

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4.62 |
|---|---|---|---|

Julie Hammock
587 SE 43rd Street
Keystone Heights, FL 32656

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,561.00 |
|---|---|---|---|

Kathy Klunder Verblaauw
18 Ridge Trail
Butler, NJ 07405

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $975.00 |
|---|---|---|---|

Maxwell Mold, Wodent Wheels
60 82nd Drive
Gladstone, OR 97027

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $751.00 |
|---|---|---|---|

Nashville Electric Service
300 George L Davis Blvd, Nashville, TN 37203
Nas, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,996.10 |
|---|---|---|---|

OSB Holdings LLC
2002 Richard Jones Road, Suite C200
Nash, TN 37215

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $990.65 |
|---|---|---|---|

Piedmont Natural Gas
83 Century Blvd
Nashville, TN 37214

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,435.08 |
|---|---|---|---|

Texas Sealife Center
14721 Whitecap Blvd., Suite 241
Corpus Christi, TX 78418

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $787.00 |
|---|---|---|---|

Traveler's Insurance
P.O. Box 660317
Dallas, TX 75266

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,514.55 |
|---|---|---|---|

Uline Shipping Supply Specialists
P.O. Box 88741
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $610.91 |
|---|---|---|---|

Waste Management of Nashville
4651 Amy Lynn Dr Ste 1
Nashville, TN 37218

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,567.58 |
|---|---|---|---|

Wells Fargo
P.O. Box 348750
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?    ☒ No    ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.    Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 605.31 |
| 5b. Total claims from Part 2 | 5b. + | $ | 218,411.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 219,017.26 |

Case 3:25-bk-00173    Doc 10    Filed 02/05/25    Entered 02/05/25 13:45:41    Desc Main
Document        Page 22 of 37

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Distributor and Operating Agreement with Altimaxx/Matthew Granados and Mamsa/Adam Elbaum | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Altimaxx and Mamsa |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Marketing and Website Design | |
| | State the term remaining | | |
| | List the contract number of any government contract | | Eye Candy Creative LLC P.O. Box 218010 Nashville, TN 37221 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:25-bk-00173    Doc 10    Filed 02/05/25    Entered 02/05/25 13:45:41    Desc Main Document     Page 23 of 37

Debtor name     Global Retail Enterprises, Inc.

United States Bankruptcy Court for the:     MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Case number (if known)   25-00173

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors                                    12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Kathy Klunder Verblaauw | 18 Ridge Trail Butler, NJ 07405 | American Express | ☐ D _____ ☒ E/F ___3.2___ ☐ G _____ |
| 2.2 | Virgil Knyght | 6042 Marrowbone Lake Rd Joelton, TN 37080 | Wells Fargo | ☐ D _____ ☒ E/F ___3.32___ ☐ G _____ |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case 3:25-bk-00173   Doc 10   Filed 02/05/25   Entered 02/05/25 13:45:41   Desc Main
Document      Page 24 of 37

**Fill in this information to identify the case:**

Debtor name     Global Retail Enterprises, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE, NASHVILLE DIVISION

Case number (if known)   25-00173

☐ Check if this is an amended filing

# Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☒ Other   Liquidation of Assets | $0.00 |
| For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other | $392,465.72 |
| For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other | $586,229.54 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case 3:25-bk-00173   Doc 10   Filed 02/05/25   Entered 02/05/25 13:45:41   Desc Main Document     Page 25 of 37

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | Internal Revenue Service<br>Building 1111 Constitution Ave., NW<br>Washington, DC 20224 | 10/23/2410/30/2411/6/2411/13/2411/20/2411/27/2412/4/2412/11/2412/18/2412/24/2412/31/241/3/25 | $8,557.95 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other  Tax |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Milburn SPN, LLC v. Global Retail Enterprises, Inc. et al.<br>24GT14167 | Civil | General Sessions Court of Davidson County, State of Tennessee<br>P.O. Box 196304<br>Nash, TN 37219 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

☒ None

## Part 4:      Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:      Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:      Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Manier & Herod, P.C.<br>1201 Demonbreun Street<br>Suite 900<br>Nashville, TN 37203 | | 1/7/25 | $3,830.00 |

**Email or website address**
mcollins@manierherod.com

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|

## Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

    ☒  No. Go to Part 9.
    ☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If   debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ☒  No.
    ☐  Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ☒  No. Go to Part 10.
    ☐  Yes. Does the debtor serve as plan administrator?

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒   No.
☐   Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒   No.
☐   Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN.  Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

Case 3:25-bk-00173   Doc 10   Filed 02/05/25   Entered 02/05/25 13:45:41   Desc Main
Document      Page 29 of 37

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    Brenda Jones<br>407 Old Stone Bridge Road<br>Goodlettsville, TN 37072 | Current |
| 26a.2.    Matt Stamper<br>131 Maple Row Blvd, Ste 02<br>Hendersonville, TN 37075 | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Brenda Jones<br>407 Old Stone Bridge Road<br>Goodlettsville, TN 37072 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☒ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1. Brenda Jones | 12/31/24 | Cost to business |

| Name and address of the person who has possession of inventory records |
|---|
| Global Retail Enterprises<br>407 Old Stone Bridge Road<br>Goodlettsville, TN 37072 |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Kathy Klunder Verblaauw | 18 Ridge Trail<br>Butler, NJ 07405 | President; Owner | 50 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Virgil Knyght | 6042 Marrowbone Lake Rd<br>Joelton, TN 37080 | Vice President; Owner | 50 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on       February 5, 2025

_____          Kathy Verblaauw
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor       President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee, Nashville Division

In re   <u>Global Retail Enterprises, Inc.</u>                                           Case No.   <u>25-00173</u>

Debtor(s) Chapter   <u>7</u>

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $         3,500.00

   Prior to the filing of this statement I have received ...................................................... $         3,500.00

   Balance Due ................................................................................................................. $         0.00

2.   The source of the compensation paid to me was:

   ☒ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

   ☒ Debtor     ☐ Other (specify):

4.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

<u>February 5, 2025</u>
*Date*

/s/ Michael E. Collins
Michael E. Collins
*Signature of Attorney*
Manier & Herod PC
1201 Demonbreun Street Suite 900
Nashville, TN 37203
(615) 742-9350   Fax:
mcollins@manierherod.com
*Name of law firm*

---

In re    Global Retail Enterprises, Inc.

_____
Debtor(s)

Case No.    25-00173
Chapter    7

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    February 5, 2025

Kathy Verblaauw/President
Signer/Title

25-00173

Altimaxx and Mamsa


Altimaxx, Inc.
5377 State Highway N #221
Cottleville, MO 63304


American Express
P.O. Box 650448
Dallas, TX 75265


America's Christian Care Credit Union
2100 E Rte 66 Ste 100
Glendora, CA 91740


Ann Brust
12912 Chaville
Cypress, TX 77429


AT&T U-verse
2001 Gallatin Pike
Madison, TN 37115


Blue Cross Blue Shield of TN
401 W Martin Luther King Blvd, Chattanoo
Chattanooga, TN 37402


Brenda Jones
407 Old Stone Bridge Road
Goodlettsville, TN 37072


Critter Love LLC
322 FM 2441 S
Beeville, TX 78102


Ellen S. Dierenfield, LLC
4736 Gatesburg Drive
St. Louis, MO 63128


Eye Candy Creative LLC
P.O. Box 218010
Nashville, TN 37221


Federal Express
P.O. Box 660481
Dallas, TX 75266


FEDEX Trade Networks
P.O. Box 916200
Toronto, ON MSW0E9
Toronto

Illinois Department of Revenue
555 WEST MONROE STREET
SUITE 1100
Chicago, IL 60661


Indiana Department of Revenue
1531 S Curry Pike
Bloomington, IN 47403


Internal Revenue Service
Building 1111 Constitution Ave., NW
Washington, DC 20224


Julie Hammock
587 SE 43rd Street
Keystone Heights, FL 32656


Kathy Klunder Verblaauw
18 Ridge Trail
Butler, NJ 07405


Maryland Department of Revenue
7 St. Paul Street
Baltimore, MD 21202


Maxwell Mold, Wodent Wheels
60 82nd Drive
Gladstone, OR 97027


Michigan Department of Revenue
P. O. Box 30199
Lansing, MI 48909


Milburn SPN, LLC
c/o Ross Johnson
222 2nd Ave S.
Nashville, TN 37201


Nashville Electric Service
300 George L Davis Blvd, Nashville, TN 3
Nas, TN 37203


North Carolina Department of Revenue
501 N Wilmington St
Raleigh, NC 27604


Ohio Department of Revenue
30 E Broad St #22
Columbus, OH 43215


OSB Holdings LLC
2002 Richard Jones Road, Suite C200
Nash, TN 37215

Piedmont Natural Gas
83 Century Blvd
Nashville, TN 37214


Tennessee Department of Revenue
1301 Riverfront Pkwy Ste 203
Chattanooga, TN 37402


Texas Sealife Center
14721 Whitecap Blvd., Suite 241
Corpus Christi, TX 78418


Traveler's Insurance
P.O. Box 660317
Dallas, TX 75266


Uline Shipping Supply Specialists
P.O. Box 88741
Chicago, IL 60680


Utah Department of Revenue
210 North 1950 West
Salt Lake City, UT 84116


Virgil Knyght
6042 Marrowbone Lake Rd
Joelton, TN 37080


Virginia Department of Revenue
P.O. Box 1115
Richmond, VA 23218


Waste Management of Nashville
4651 Amy Lynn Dr Ste 1
Nashville, TN 37218


Wells Fargo
P.O. Box 348750
Carol Stream, IL 60197

# United States Bankruptcy Court
## Middle District of Tennessee, Nashville Division

In re   Global Retail Enterprises, Inc.                                Case No.    25-00173

                                        Debtor(s)                    Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Global Retail Enterprises, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

| | |
|---|---|
| February 5, 2025 | /s/ Michael E. Collins |
| Date | Michael E. Collins |
| | Signature of Attorney or Litigant |
| | Counsel for   Global Retail Enterprises, Inc. |
| | Manier & Herod PC |
| | 1201 Demonbreun Street Suite 900 |
| | Nashville, TN 37203 |
| | (615) 742-9350  Fax: |
| | mcollins@manierherod.com |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                  Best Case Bankruptcy